| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-63262-ER |
|---|---|
| in re<br><br>Carlos Morales<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Carlos Morales (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010.

2. I am the owner of real property[1] at the following street address:

    **1063 Oneonta Drive**

    **Los Angeles, CA 90065** _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **BAC Home Loans Servicing, LP**.

    b. Second deed of trust in favor of **BAC Home Loans Servicing, Lp (LAM Motion)** *(if applicable)*.

    c. Third deed of trust in favor of **None** *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

*Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re   Carlos Morales | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10- 63262-ER |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans Servicing, LP PO BOX 515503 Los Angeles, CA 90051 | $2828.70 | 1-15th January 2011 | 01/13/2011 |
|  | $2,289.15 | 1-15th February 2011 | 02/15/2011 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com   Best Case Bankruptcy

Case 2:10-bk-63262-ER    Doc 18    Filed 02/28/11    Entered 02/28/11 12:38:45    Desc
Main Document    Page 3 of 5

Declaration Setting Forth Position Preconfirmation Proof of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Carlos Morales | | |
| | Debtor(s). | CASE NUMBER 2:10- 63262-ER |

6. Attached to this declaration are copies of the:

  ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

  ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

  ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

  ☐ acknowledgment(s) signed by the Creditor's representative, or

  ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

  I declare under penalty of perjury that the foregoing is true and correct.

Date  02/28//2011                    Signature  /s/ Carlos Morales
                                                Carlos Morales
                                                Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>175497<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Carlos Morales<br>                                          Debtor(s). | CASE NO.: 2:10bk-63262-ER<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☒ Petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☑ Other:  mortgage and plan pmt declarations      Date Filed: 2/28/11

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date  2/28/11
Signature of Signing Party
**Carlos Morales**
*Printed Name of Signing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    Date  2/28/11
Signature of Attorney for Signing Party
**L. Bishop Austin 175497**
*Printed Name of Attorney for Signing Party*

---

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

*Mortgage Payment February 2011*

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
PAGE 01/01

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.24 |

Postmark: GRAND CENTRAL STATION, FEB 05 2011, 02/15/2011

Sent To: BAC HOME LOANS SERVICING
Street, Apt. No., or PO Box No.: P.O. BOX 515503
City, State, ZIP+4: LOS ANGELES, CA 90051

7010 1870 0000 8354 0626

PS Form 3800, August 2006

---

**UNITED STATES POSTAL SERVICE**
**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: BAC HOME LOANS SERVICING
Address: P.O. BOX 515503
LOS ANGELES CA 90051

Serial Number: 17017583815
Year, Month, Day: 2011-02-15
Post Office: 912011
Amount: $1000.00
Clerk: 0011

---

**UNITED STATES POSTAL SERVICE**
**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: BAC HOME LOANS
Address: P.O. BOX 515503
LOS ANGELES CA 90051

Serial Number: 17017583826
Year, Month, Day: 2011-02-15
Post Office: 912011
Amount: $1000.00
Clerk: 0011

---

**UNITED STATES POSTAL SERVICE**
**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: BAC HOME LOANS SERVICING
Address: P.O. BOX 515503
LOS ANGELES CA 90051

Serial Number: 17017583837
Year, Month, Day: 2011-02-15
Post Office: 912011
Amount: $289.15
Clerk: 0011