| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-63262-ER |
| In re<br><br>Carlos Morales<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Carlos Morales_ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _12/14/2010_.

2. I am the owner of real property[1] at the following street address:

    _1063 Oneonta Drive_

    _Los Angeles, CA 90065_ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _BAC Home Loans Servicing, LP_.

    b. Second deed of trust in favor of _BAC Home Loans Servicing, LP (LAM Motion)_ (if applicable).

    c. Third deed of trust in favor of _None_ (if applicable).

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Carlos Morales<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10- 63262-ER |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans Servicing, LP<br>PO BOX 515503<br>Los Angeles, CA 90051 | $2828.70 | 1-15th January 2011 | 01/13/2011 |
| | $2,289.15 | 1-15th February 2011 | 02/15/2011 |
| | $2,207.73 | 1-15th March 2011 | 03/15/2011 |
| | $2,280.00 | 1-15th April 2011 | 04/15/2011 |
| | $2,289.15 | 1-15th May 2011 | 05/16/2011 |
| | $2,197.43 | 1-15th June 2011 | 06/18/2011 |
| | $2,197.43 | 1-15th July 2011 | 07/15/2011 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments   F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Carlos Morales<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10- 63262-ER |
|---|---|

6. Attached to this declaration are copies of the:

☐ cashier's checks,   ☒ money orders,   ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  07/21/2011                    Signature  _____
                                               Carlos Morales
                                               Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy



Mortgage Pmt
July 2011

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: BANK OF AMERICA
Street, Apt. No; or PO Box No. P.O BOX 30686
City, State, ZIP+4 LOS ANGELES, CA 90030

7010 3090 0000 7687 8094

MORTGAGE PMT
JUNE 2011

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**
Serial Number: 17673172233

Pay to: BANK OF AMERICA
Address: P.O BOX 30686
LOS ANGELES, CA 90030

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2011-06-18   Post Office: 201640   Amount: $1000.00   Clerk: 0010

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**
Serial Number: 17673172255

Pay to: BANK OF AMERICA
Address: P.O BOX 30686
LOS ANGELES, CA 90030

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2011-06-18   Post Office: 201640   Amount: $197.43   Clerk: 0010

---

**UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**
Serial Number: 17673172244

Pay to: BANK OF AMERICA
Address: P.O BOX 30686
LOS ANGELES, CA 90030

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2011-06-18   Post Office: 201640   Amount: $1000.00   Clerk: 0010

MORTGAGE pmt
MAY 2011









Mortgage pmt
April 2011



CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.24 |

Sent To: BAC HOME LOANS SERVICING
Street, Apt No.; or PO Box No. P.O. BOX 515503
City, State, ZIP+4 LOS ANGELES, CA 90051

7011 0110 0000 7981 7104

Postmark: BURBANK CA APR 04/15/2011

---

UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: BAC HOME LOANS
Address: P.O. BOX 515503
LOS ANGELES CA 90051

Serial Number: 18675838203
Year, Month, Day: 2011-04-15
Post Office: 915000
Amount: $1000.00
Clerk: 0019

---

UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

Pay to: BAC HOME LOANS
Address: P.O. BOX 515503
LOS ANGELES CA 90051

Serial Number: 18675838214
Year, Month, Day: 2011-04-15
Post Office: 915000
Amount: $289.15
Clerk: 0019

---

UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

Pay to: CHAPTER 13 TRUSTEE
Address: MEMPHIS TN 1403

Serial Number: 18675838225
Year, Month, Day: 2011-04-15
Post Office: 915000
Amount: $280.00
Clerk: 0019



Mortgage pmt
MARCH
2011



